| | Thomas P. DiNapoli<br>State Comptroller | YAMIL R SPEIGHT-MILLER<br>12-50 REDFERN AVENUE APT 4A<br>FAR ROCKAWAY, NY 11691 | Pay Group:<br>Pay Begin Date:<br>Pay End Date:<br>Negotiating Unit:<br>Retirement System: | ALA-Administration/Lag 10<br>06/27/2019<br>07/10/2019<br>02<br>ERS | Advice #:<br>Advice Date: | 000000011018829<br>07/24/2019 |
|---|---|---|---|---|---|---|
| Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | N01982662<br>20010<br>Department of Tax & Finance<br>TAX COMPLNC AGT 1<br>54,704.00 Annual | TAX DATA:<br>Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Federal<br>S<br>10 | NY State<br>S<br>10 | NYC<br>S<br>5 | Yonkers |

### HOURS AND EARNINGS

| | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Pay Salary Employee | | 2,092.48 | | 31,104.56 | Fed Withholding | 39.28 | 551.60 |
| Location Pay | | 115.75 | | 1,738.81 | Medicare | 31.19 | 462.83 |
| Lost Time | | 0.00 | -0.43 | -94.95 | Social Security | 133.37 | 1,978.99 |
| OT Straight Rate for Annuals | | 0.00 | 0.13 | 28.70 | NY Withholding | 80.98 | 1,193.23 |
| | | | | | NYC Withholding | 63.52 | 938.45 |

| BEFORE TAX DEDUCTIONS | | | | AFTER TAX DEDUCTIONS | | | |
|---|---|---|---|---|---|---|---|
| Description | Refund | Current | YTD | Description | Refund | Current | YTD |
| Regular Before Tax Health | 0.00 | 57.20 | 858.00 | ERS Retirement After Tax | 0.00 | 0.00 | 0.00 |
| | | | | Civil Service Employees Assoc | 0.00 | 29.40 | 441.00 |
| | | | | CSEA Regular Life Ins | 0.00 | 11.80 | 177.00 |
| | | | | CSEA Accident/Health Ins | 0.00 | 49.33 | 739.95 |
| | | | | CSEA Personal Lines | 0.00 | 33.78 | 164.79 |
| | | | | ERS Loans | 0.00 | 46.00 | 681.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | | NET PAY |
|---|---|---|---|---|
| Current | 2,208.23 | 2,151.03 | | 1,632.38 |
| YTD | 32,777.12 | 31,919.12 | | 24,590.28 |

### NET PAY DISTRIBUTION

| | Account Type | Transit # | Deposit Amount |
|---|---|---|---|
| Advice #000000011018829 | Checking | 221373383 | 1,000.00 |
| | Checking | 226078036 | 632.38 |
| TOTAL: | | | 1,632.38 |

**MESSAGE:**

RECEIVED
2019 OCT 31  A 9:31
CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

Case 1-19-45533-nhl    Doc 20    Filed 10/31/19    Entered 10/31/19 09:40:13



| Thomas P. DiNapoli<br>State Comptroller | YAMIL R SPEIGHT-MILLER<br>12-50 REDFERN AVENUE APT 4A<br>FAR ROCKAWAY, NY 11691 | Pay Group:<br>Pay Begin Date:<br>Pay End Date:<br>Negotiating Unit:<br>Retirement System: | ALA-Administration/Lag 10<br>07/11/2019<br>07/24/2019<br>02<br>ERS | Advice #:<br>Advice Date: | 000000011237581<br>08/07/2019 |
|---|---|---|---|---|---|
| **Employee ID:** N01982662<br>**Department:** 20010<br>**Location:** Department of Tax & Finance<br>**Job Title:** TAX COMPLNC AGT 1<br>**Pay Rate:** 54,704.00 Annual | **TAX DATA:**<br>Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Federal<br>S<br>10 | NY State<br>S<br>10 | NYC<br>S<br>5 | Yonkers |

### HOURS AND EARNINGS

| | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|
| **Description** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Regular Pay Salary Employee | | 2,092.48 | | 33,197.04 | Fed Withholding | 39.28 | 590.88 |
| Location Pay | | 115.75 | | 1,854.56 | Medicare | 31.19 | 494.02 |
| Lost Time | | 0.00 | -0.43 | -94.95 | Social Security | 133.36 | 2,112.35 |
| OT Straight Rate for Annuals | | 0.00 | 0.13 | 28.70 | NY Withholding | 80.98 | 1,274.21 |
| | | | | | NYC Withholding | 63.52 | 1,001.97 |

### BEFORE TAX DEDUCTIONS

| Description | Refund | Current | YTD |
|---|---|---|---|
| Regular Before Tax Health | 0.00 | 57.20 | 915.20 |

### AFTER TAX DEDUCTIONS

| Description | Refund | Current | YTD |
|---|---|---|---|
| ERS Retirement After Tax | 0.00 | 0.00 | 0.00 |
| Civil Service Employees Assoc | 0.00 | 29.40 | 470.40 |
| CSEA Regular Life Ins | 0.00 | 11.80 | 188.80 |
| CSEA Accident/Health Ins | 0.00 | 49.33 | 789.28 |
| CSEA Personal Lines | 0.00 | 33.78 | 198.57 |
| ERS Loans | 0.00 | 46.00 | 727.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | NET PAY |
|---|---|---|---|
| Current | 2,208.23 | 2,151.03 | 1,632.39 |
| YTD | 34,985.35 | 34,070.15 | 26,222.67 |

### NET PAY DISTRIBUTION

| | Account Type | Transit # | Deposit Amount |
|---|---|---|---|
| Advice #000000011237581 | Checking | 221373383 | 1,000.00 |
| | Checking | 226078036 | 632.39 |
| **TOTAL:** | | | **1,632.39** |

**MESSAGE:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Thomas P. DiNapoli** **State Comptroller** | YAMIL R SPEIGHT-MILLER 12-50 REDFERN AVENUE APT 4A FAR ROCKAWAY, NY 11691 | | Pay Group: Pay Begin Date: Pay End Date: Negotiating Unit: Retirement System: | ALA-Administration/Lag 10 07/25/2019 08/07/2019 02 ERS | | Advice #: Advice Date: | 000000011455331 08/21/2019 |

| | | TAX DATA: | Federal | NY State | NYC | Yonkers |
|---|---|---|---|---|---|---|
| Employee ID: | N01982662 | Tax Status: | S | S | S | |
| Department: | 20010 | Allowances: | 10 | 10 | 5 | |
| Location: | Department of Tax & Finance | Addl. Percent: | | | | |
| Job Title: | TAX COMPLNC AGT 1 | Addl. Amount: | | | | |
| Pay Rate: | 54,704.00 Annual | | | | | |

| HOURS AND EARNINGS | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|
| | Current | | YTD | | | | |
| Description | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Pay Salary Employee | | 2,092.48 | | 35,289.52 | Fed Withholding | 39.28 | 630.16 |
| Location Pay | | 115.75 | | 1,970.31 | Medicare | 31.19 | 525.21 |
| Lost Time | | 0.00 | -0.43 | -94.95 | Social Security | 133.36 | 2,245.71 |
| OT Straight Rate for Annuals | | 0.00 | 0.13 | 28.70 | NY Withholding | 80.98 | 1,355.19 |
| | | | | | NYC Withholding | 63.52 | 1,065.49 |

| BEFORE TAX DEDUCTIONS | | | | AFTER TAX DEDUCTIONS | | | |
|---|---|---|---|---|---|---|---|
| Description | Refund | Current | YTD | Description | Refund | Current | YTD |
| Regular Before Tax Health | 0.00 | 57.20 | 972.40 | ERS Retirement After Tax | 0.00 | 0.00 | 0.00 |
| | | | | Civil Service Employees Assoc | 0.00 | 29.40 | 499.80 |
| | | | | CSEA Regular Life Ins | 0.00 | 11.80 | 200.60 |
| | | | | CSEA Accident/Health Ins | 0.00 | 49.33 | 838.61 |
| | | | | CSEA Personal Lines | 0.00 | 33.78 | 232.35 |
| | | | | ERS Loans | 0.00 | 46.00 | 773.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | | NET PAY |
|---|---|---|---|---|
| Current | 2,208.23 | 2,151.03 | | 1,632.39 |
| YTD | 37,193.58 | 36,221.18 | | 27,855.06 |

| NET PAY DISTRIBUTION | | | | |
|---|---|---|---|---|
| | Account Type | Transit # | | Deposit Amount |
| Advice #000000011455331 | Checking | 221373383 | | 1,000.00 |
| | Checking | 226078036 | | 632.39 |
| **TOTAL:** | | | | **1,632.39** |

**MESSAGE:**

**Thomas P. DiNapoli**
**State Comptroller**

| | |
|---|---|
| YAMIL R SPEIGHT-MILLER | |
| 12-50 REDFERN AVENUE APT 4A | |
| FAR ROCKAWAY, NY 11691 | |

| | |
|---|---|
| Pay Group: | ALA-Administration/Lag 10 |
| Pay Begin Date: | 08/08/2019 |
| Pay End Date: | 08/21/2019 |
| Negotiating Unit: | 02 |
| Retirement System: | ERS |

| | |
|---|---|
| Advice #: | 000000011673102 |
| Advice Date: | 09/04/2019 |

| TAX DATA: | Federal | NY State | NYC | Yonkers |
|---|---|---|---|---|
| Tax Status: | S | S | S | |
| Allowances: | 10 | 10 | 5 | |
| Addl. Percent: | | | | |
| Addl. Amount: | | | | |

| | |
|---|---|
| Employee ID: | N01982662 |
| Department: | 20010 |
| Location: | Department of Tax & Finance |
| Job Title: | TAX COMPLNC AGT 1 |
| Pay Rate: | 54,704.00 Annual |

## HOURS AND EARNINGS

| | Current | | YTD | |
|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings |
| Regular Pay Salary Employee | | 2,092.48 | | 37,382.00 |
| Location Pay | | 115.75 | | 2,086.06 |
| Lost Time | | 0.00 | -0.43 | -94.95 |
| OT Straight Rate for Annuals | | 0.00 | 0.13 | 28.70 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 39.28 | 669.44 |
| Medicare | 31.19 | 556.40 |
| Social Security | 133.37 | 2,379.08 |
| NY Withholding | 80.98 | 1,436.17 |
| NYC Withholding | 63.52 | 1,129.01 |

## BEFORE TAX DEDUCTIONS

| Description | Refund | Current | YTD |
|---|---|---|---|
| Regular Before Tax Health | 0.00 | 57.20 | 1,029.60 |

## AFTER TAX DEDUCTIONS

| Description | Refund | Current | YTD |
|---|---|---|---|
| ERS Retirement After Tax | 0.00 | 0.00 | 0.00 |
| Civil Service Employees Assoc | 0.00 | 29.40 | 529.20 |
| CSEA Regular Life Ins | 0.00 | 11.80 | 212.40 |
| CSEA Accident/Health Ins | 0.00 | 49.33 | 887.94 |
| CSEA Personal Lines | 0.00 | 33.78 | 266.13 |
| ERS Loans | 0.00 | 46.00 | 819.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | NET PAY |
|---|---|---|---|
| Current | 2,208.23 | 2,151.03 | 1,632.38 |
| YTD | 39,401.81 | 38,372.21 | 29,487.44 |

## NET PAY DISTRIBUTION

| | Account Type | Transit # | Deposit Amount |
|---|---|---|---|
| Advice #000000011673102 | Checking | 221373383 | 1,000.00 |
| | Checking | 226078036 | 632.38 |
| TOTAL: | | | 1,632.38 |

**MESSAGE:**



**Thomas P. DiNapoli**
**State Comptroller**

| | |
|---|---|
| YAMIL R SPEIGHT-MILLER | |
| 12-50 REDFERN AVENUE APT 4A | |
| FAR ROCKAWAY, NY 11691 | |

| | |
|---|---|
| Pay Group: | ALA-Administration/Lag 10 |
| Pay Begin Date: | 09/05/2019 |
| Pay End Date: | 09/18/2019 |
| Negotiating Unit: | 02 |
| Retirement System: | ERS |

| | |
|---|---|
| Advice #: | 000000012131607 |
| Advice Date: | 10/02/2019 |

| | |
|---|---|
| Employee ID: | N01982662 |
| Department: | 20010 |
| Location: | Department of Tax & Finance |
| Job Title: | TAX COMPLNC AGT 1 |
| Pay Rate: | 54,704.00 Annual |

**TAX DATA:**

| | Federal | NY State | NYC | Yonkers |
|---|---|---|---|---|
| Tax Status: | S | S | S | |
| Allowances: | 10 | 10 | 5 | |
| Addl. Percent: | | | | |
| Addl. Amount: | | | | |

## HOURS AND EARNINGS

| | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Pay Salary Employee | | 2,092.48 | | 41,566.96 | Fed Withholding | 39.28 | 748.00 |
| Location Pay | | 115.75 | | 2,317.56 | Medicare | 31.19 | 618.78 |
| Lost Time | | 0.00 | -0.43 | -94.95 | Social Security | 133.36 | 2,645.80 |
| OT Straight Rate for Annuals | | 0.00 | 0.13 | 28.70 | NY Withholding | 80.98 | 1,598.13 |
| | | | | | NYC Withholding | 63.52 | 1,256.05 |

## BEFORE TAX DEDUCTIONS

| Description | Refund | Current | YTD |
|---|---|---|---|
| Regular Before Tax Health | 0.00 | 57.20 | 1,144.00 |

## AFTER TAX DEDUCTIONS

| Description | Refund | Current | YTD |
|---|---|---|---|
| ERS Retirement After Tax | 0.00 | 0.00 | 0.00 |
| Civil Service Employees Assoc | 0.00 | 29.40 | 588.00 |
| CSEA Regular Life Ins | 0.00 | 11.80 | 236.00 |
| CSEA Accident/Health Ins | 0.00 | 49.33 | 986.60 |
| CSEA Personal Lines | 0.00 | 33.78 | 333.69 |
| ERS Loans | 0.00 | 46.00 | 911.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | NET PAY |
|---|---|---|---|
| Current | 2,208.23 | 2,151.03 | 1,632.39 |
| YTD | 43,818.27 | 42,674.27 | 32,752.22 |

## NET PAY DISTRIBUTION

| | Account Type | Transit # | Deposit Amount |
|---|---|---|---|
| Advice #0000000012131607 | Checking | 221373383 | 1,000.00 |
| | Checking | 226078036 | 632.39 |
| **TOTAL:** | | | **1,632.39** |

**MESSAGE:**



| Thomas P. DiNapoli State Comptroller | YAMIL R SPEIGHT-MILLER<br>12-50 REDFERN AVENUE APT 4A<br>FAR ROCKAWAY, NY 11691 | Pay Group:<br>Pay Begin Date:<br>Pay End Date:<br>Negotiating Unit:<br>Retirement System: | ALA-Administration/Lag 10<br>09/19/2019<br>10/02/2019<br>02<br>ERS | Advice #:<br>Advice Date: | 000000012368611<br>10/16/2019 |

| | | TAX DATA: | Federal | NY State | NYC | Yonkers |
|---|---|---|---|---|---|---|
| Employee ID: | N01982662 | Tax Status: | S | S | S | |
| Department: | 20010 | Allowances: | 10 | 10 | 5 | |
| Location: | Department of Tax & Finance | Addl. Percent: | | | | |
| Job Title: | TAX COMPLNC AGT 1 | Addl. Amount: | | | | |
| Pay Rate: | 54,704.00 Annual | | | | | |

### HOURS AND EARNINGS

| | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Pay Salary Employee | | 2,092.48 | | 43,659.44 | Fed Withholding | 39.28 | 787.28 |
| Location Pay | | 115.75 | | 2,433.31 | Medicare | 31.19 | 649.97 |
| Lost Time | | 0.00 | -0.43 | -94.95 | Social Security | 133.37 | 2,779.17 |
| OT Straight Rate for Annuals | | 0.00 | 0.13 | 28.70 | NY Withholding | 80.98 | 1,679.11 |
| | | | | | NYC Withholding | 63.52 | 1,319.57 |

### BEFORE TAX DEDUCTIONS

| Description | Refund | Current | YTD |
|---|---|---|---|
| Regular Before Tax Health | 0.00 | 57.20 | 1,201.20 |

### AFTER TAX DEDUCTIONS

| Description | Refund | Current | YTD |
|---|---|---|---|
| ERS Retirement After Tax | 0.00 | 0.00 | 0.00 |
| Civil Service Employees Assoc | 0.00 | 29.40 | 617.40 |
| CSEA Regular Life Ins | 0.00 | 11.80 | 247.80 |
| CSEA Accident/Health Ins | 0.00 | 49.33 | 1,035.93 |
| CSEA Personal Lines | 0.00 | 33.78 | 367.47 |
| ERS Loans | 0.00 | 46.00 | 957.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | NET PAY |
|---|---|---|---|
| Current | 2,208.23 | 2,151.03 | 1,632.38 |
| YTD | 46,026.50 | 44,825.30 | 34,384.60 |

### NET PAY DISTRIBUTION

| | Account Type | Transit # | Deposit Amount |
|---|---|---|---|
| Advice #000000012368611 | Checking | 221373383 | 1,000.00 |
| | Checking | 226078036 | 632.38 |
| TOTAL: | | | 1,632.38 |

**MESSAGE:**